UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STUART COHEN,

        Plaintiff,                                    **JUDGMENT**
                                                                   12-CV-1932 (RRM)(RLM)
   - against -

THE CITY OF NEW YORK and THE NEW
YORK CITY DEPARTMENT OF
CORRECTION,

        Defendant.
-----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge

      A Memorandum and Order of the undersigned having been issued this day granting defendants' motion to dismiss, dismissing plaintiff's complaint, and directing the Clerk of the Court to close this case; it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; the complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
          August 5, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge