UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STUART COHEN,

                Plaintiff,                      **JUDGMENT**
                                                                         12-CV-1932 (RRM)(RLM)

  - against -

THE CITY OF NEW YORK and THE NEW
YORK CITY DEPARTMENT OF
CORRECTION,

                Defendant.
----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      A Memorandum and Order of the undersigned having been issued this day granting defendants' motion to dismiss, dismissing plaintiff's complaint, and directing the Clerk of the Court to close this case; it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; the complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       August 5, 2013                               _____
                                                           ROSLYNN R. MAUSKOPF
                                                           United States District Judge